IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EVERLIDIS BONILLA, Individually and as Personal Representative for the ESTATE OF JUAN BONILLA, JR.**<br><br>**Plaintiff**<br><br>v.<br><br>**THE CITY OF YORK, PENNSYLVANIA, YORK CITY POLICE DEPARTMENT, OFFICER CHRISTOPHER ROOSEN, WEST MANCHESTER TOWNSHIP, WEST MANCHESTER TOWNSHIP POLICE DEPARTMENT, and OFFICER MICHAEL JORDAN**<br><br>**Defendants** | **Civil No. 1:14-CV-2238**<br><br><br><br><br><br><br><br><br><br>**Judge Sylvia H. Rambo** |

## O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motions to dismiss filed by Defendants City of York, York City Police Department and Officer Christopher Roosen (the "York Defendants") (Doc. 17), and by Defendants West Manchester Township, West Manchester Township Police Department and Officer Michael Jordan (the "West Manchester Defendants") (Doc. 18), are granted in part and denied in part as follows:

    1) York Defendants' motion to dismiss is **GRANTED** as to York City Police Department on all counts, and as to City of York on Count I with regard to punitive damages only.

    2) West Manchester Defendants' motion to dismiss is **GRANTED** as to West Manchester Police Department on all counts, and as to West Manchester Township on Count III with regard to punitive damages only.

3)  Defendants' motions to dismiss are **DENIED** with respect to the remaining claims.

4) The court will issue a separate order scheduling a joint case management conference.

s/Sylvia H. Rambo<br>
SYLVIA H. RAMBO<br>
United States District Judge

Dated:  April 2, 2015.