IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**EVERLIDIS BONILLA, Individually and as Personal Representative for the ESTATE OF JUAN BONILLA, JR.,**

      **Plaintiff**

   v.

**THE CITY OF YORK, PENNSYLVANIA, YORK CITY POLICE DEPARTMENT, OFFICER CHRISTOPHER ROOSEN, WEST MANCHESTER TOWNSHIP, WEST MANCHESTER TOWNSHIP POLICE DEPARTMENT, and OFFICER MICHAEL JORDAN,**

      **Defendants**

**Civil No. 1:14-CV-2238**

**Judge Sylvia H. Rambo**

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

(1) Defendants' motions for summary judgment (Docs. 45 & 47) are **GRANTED**;

(2) Defendants' motion to exclude expert reports and witness statement submitted after the discovery deadline (Doc. 54) is **DENIED**;

(3) Defendants' motion to exclude the expert reports and testimony of Charles Randy Tuer (Doc. 56) is **GRANTED** as to medical, forensic, and ballistics testimony, and the remainder of the motion is **DENIED**;

(4) Defendants' motion to strike Plaintiff's statement of facts (Doc. 60) is deemed **MOOT**;

(5) Plaintiff's motion for leave to file an amended complaint (Doc. 87) is **DENIED**;

(6) The pre-trial conference scheduled for June 7, 2016 is canceled;

(7) Jurisdiction is retained over this matter for the granting of such orders and decrees as the circumstances may require; and

(8) The Clerk of Court is directed to **CLOSE** this case.

    s/Sylvia H. Rambo  
    SYLVIA H. RAMBO  
    United States District Judge

Dated: June 7, 2016